# EXHIBIT B

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Fax: 888-908-6906
Email: hbbronson@bronsonlaw.net

**Bernard Beal**
312 Gardner Hollow Rd
Poughquag, NY 12570-0402

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2017 | 20166 |
|  | **Service Through** |
|  | 10/01/2017 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 48.00 hrs |
| **Total Service** | $16,597.50 |
| **Total Expenses** | $420.14 |
| **Total Invoice Amount** | $17,017.64 |
| **Balance (Amount Due)** | **$17,017.64** |

**In Reference To: Chapter 11-Post Petition**

**Service**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/06/2017 | CO | **04 Case Administration:** Email to Debtor with filed Petition, schedules and affidavit,; requested availability for IDI | 0.40 | $ 120.00/hr | $48.00 |
| 04/06/2017 | CO | **04 Case Administration:** Fax To VanDeWater counsel for Salisbury bank regarding Filing | 0.30 | $ 120.00/hr | $36.00 |
| 04/06/2017 | CO | **04 Case Administration:** email to Jill Flinton re: scheduled time for idi- informed Ms. Flinton that the Debtor was available for the hearing on 4/19/2017 at 2:00 | 0.20 | $ 120.00/hr | $24.00 |
| 04/10/2017 | CO | **04 Case Administration:** Email and Phone call to Jill Flinton USTP regarding rescheduling IDI because of conflict | 0.30 | $ 120.00/hr | $36.00 |
| 04/10/2017 | CO | **04 Case Administration:** Email to Debtor regarding outstanding documents for IDI and rescheduling idi due to HBB conflict | 0.40 | $ 120.00/hr | $48.00 |

Page 1

**Bronson Law Offices PC** 
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Fax: 888-908-6906
Email: hbbronson@bronsonlaw.net

**Bernard Beal**
312 Gardner Hollow Rd
Poughquag, NY 12570-0402

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2017 | 20166 |
| | **Service Through** |
| | 10/01/2017 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/10/2017 | HBB | **11 Meetings of Creditors:** Traveled to Poughkeepsie for meeting....participated in 341 meeting with UST Alicia Leonard and Debtor. One creditor appeard and asked questions through his attorney. | 4.00 | $ 375.00/hr | $1,500.00 |
| 06/19/2017 | HBB | **07 Fee/Employment Applications:** Drafted retention application, notice of presentment, proposed order and affirmation. | 1.50 | $ 375.00/hr | $562.50 |
| 06/20/2017 | HBB | **04.8 Case Administration-ICC:** Prepared for and attended Initial Case Conference in Poughkeepsie. | 2.00 | $ 375.00/hr | $750.00 |
| 06/20/2017 | HBB | **04 Case Administration:** Went to TD bank with Client re: changing bank account to the calendar month. | 1.00 | $ 375.00/hr | $375.00 |
| 06/20/2017 | CO | **04.6 Case Administration-Operating Reports:** Drafted Operating Reports for Debtor based on supplied bank statements; emailed drafts to Debtor; made required changes; waiting for sign off on changes to file | 2.50 | $ 120.00/hr | $300.00 |
| 06/23/2017 | CO | **04.7 Case Administration-Bar Date:** Served Notice of Motion to Set POC Deadlines | 0.30 | $ 120.00/hr | $36.00 |
| 06/23/2017 | HBB | **04.7 Case Administration-Bar Date:** Prepared motion to set bar date; uploaded motion. | 1.90 | $ 375.00/hr | $712.50 |
| 07/07/2017 | HBB | **07 Fee/Employment Applications:** Revised and uploaded order for retention | 0.40 | $ 375.00/hr | $150.00 |
| 07/10/2017 | HBB | **10 Litigation:** Reviewed newly filed AP. | 0.60 | $ 375.00/hr | $225.00 |
| 07/25/2017 | HBB | **04.7 Case Administration-Bar Date:** Reviewed and Sent Bar Date Order with notice to Judge Morris for signature (on presentment) | 0.70 | $ 375.00/hr | $262.50 |
| 07/26/2017 | HBB | **04 Case Administration:** Talked to John Demaio, Esq. regarding representing debtor for appeal and followed up with Bernard Beal | 1.00 | $ 375.00/hr | $375.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Fax: 888-908-6906
Email: hbbronson@bronsonlaw.net



**Bernard Beal**
312 Gardner Hollow Rd
Poughquag, NY 12570-0402

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2017 | 20166 |
|  | **Service Through** |
|  | 10/01/2017 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/27/2017 | HBB | **10 Litigation:** Drafted Affirmation for John DiMaio; reviewed State Court case | 1.10 | $ 375.00/hr | $412.50 |
| 07/27/2017 | HBB | **10 Litigation:** Drafted motion for retention of appellate counsel including exhibits. | 1.90 | $ 375.00/hr | $712.50 |
| 07/28/2017 | HBB | **04.7 Case Administration-Bar Date:** Reviewed Final Order/Notice for Service | 0.30 | $ 375.00/hr | $112.50 |
| 07/31/2017 | HBB | **07 Fee/Employment Applications:** Drafted Affirmation for appellate counsel and forwarded same to appellate counsel | 1.70 | $ 375.00/hr | $637.50 |
| 08/02/2017 | HBB | **07 Fee/Employment Applications:** Final preparation of Application to employ special appellate counsel. Review of affirmation, resume and retainer | 1.00 | $ 375.00/hr | $375.00 |
| 08/08/2017 | HBB | **04 Case Administration:** Case Conference. Judge Morris ordered that tax returns be delivered by Friday, 8/11; and adjourned the case until 8/22 | 2.50 | $ 375.00/hr | $937.50 |
| 08/10/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed loss mitigation Order and sent to attorneys | 0.20 | $ 375.00/hr | $75.00 |
| 08/11/2017 | HBB | **10 Litigation:** Prepared answer to complaint of Jacob Alpert; sent draft to client for review. | 1.90 | $ 375.00/hr | $712.50 |
| 08/14/2017 | HBB | **10 Litigation:** Discussed with Debtor the answers to the complaint in the AP; redrafted answers in accordance with the conversation | 0.75 | $ 375.00/hr | $281.25 |
| 08/16/2017 | CO | **04.6 Case Administration-Operating Reports:** Prepared July Operating Report and emailed it to Debtor for signature | 1.10 | $ 120.00/hr | $132.00 |
| 08/22/2017 | HBB | **04 Case Administration:** Second Case Conference with Debtor | 1.00 | $ 375.00/hr | $375.00 |
| 09/03/2017 | HBB | **10 Litigation:** Prepared, filed and served motion to lift stay for appeal | 2.50 | $ 375.00/hr | $937.50 |

**Bronson Law Offices PC**  
480 Mamaroneck Ave.  
Harrison, NY 10528  
Phone: 914-269-2530  
Fax: 888-908-6906  
Email: hbbronson@bronsonlaw.net  



**Bernard Beal**  
312 Gardner Hollow Rd  
Poughquag, NY 12570-0402  

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2017 | 20166 |
|  | **Service Through** |
|  | 10/01/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 09/06/2017 | HBB | **10 Litigation:** Prepared for conversation and talked with Robert Adler re: scheduling order. | 0.70 | $ 375.00/hr | $262.50 |
| 09/15/2017 | HBB | **10 Litigation:** Worked on Scheduling Order with Robert Adler for AP | 0.50 | $ 375.00/hr | $187.50 |
| 09/15/2017 | HBB | **10 Litigation:** Drafting Reply to Objection to Moion to lift stay | 0.50 | $ 375.00/hr | $187.50 |
| 09/17/2017 | HBB | **10 Litigation:** Prepared Reply to Alpert's motions objecting to appellate counsel and the lift stay motion; including research of similar cases | 4.00 | $ 375.00/hr | $1,500.00 |
| 09/18/2017 | HBB | **10 Litigation:** Prepared for hearing to be held at 12:00 on the 19th | 1.00 | $ 375.00/hr | $375.00 |
| 09/19/2017 | HBB | **10 Litigation:** Appeared at hearing for retention of appellate counsel and to lift the stay to proceed with appeal. | 1.75 | $ 375.00/hr | $656.25 |
| 09/27/2017 | HBB | **10 Litigation:** email to Debtor re rule 26 disclosure statement | 0.20 | $ 375.00/hr | $75.00 |
| 09/28/2017 | HBB | **10 Litigation:** sent court order lifting the stay to john demaio, appellate counsel | 0.10 | $ 375.00/hr | $37.50 |
| 10/01/2017 | HBB | **12 Plan and Disclosure Statement:** Drafted Disclosure Statement after reviewing proofs of claim and calculating payments. | 5.80 | $ 375.00/hr | $2,175.00 |

**In Reference To: Chapter 11-Post Petition**

**Expenses**

| Date | By | Expenses | Amount |
|---|---|---|---|

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Fax: 888-908-6906
Email: hbbronson@bronsonlaw.net



**Bernard Beal**
312 Gardner Hollow Rd
Poughquag, NY 12570-0402

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2017 | 20166 |
| | **Service Through** |
| | 10/01/2017 |

| Date | Staff | Description | Amount |
|---|---|---|---|
| 06/20/2017 | HBB | **Certificate of Service-mailing:** certificate of service cost | $13.82 |
| 06/21/2017 | HBB | **Certificate of Service-mailing:** certificate of service cost | $41.22 |
| 06/26/2017 | HBB | **Certificate of Service-mailing:** certificate of service cost | $54.72 |
| 07/28/2017 | HBB | **Certificate of Service-mailing:** certificate of service cost | $49.75 |
| 08/02/2017 | HBB | **Certificate of Service-mailing:** certificate of service cost | $76.33 |
| 09/03/2017 | HBB | **Filing:** Filing fee for motion to lift stay | $181.00 |
| 09/03/2017 | HBB | **Mailing/Postage:** Mailing costs | $3.30 |

| | |
|---|---|
| **Total Hours** | 48.00 hrs |
| **Total Service** | $16,597.50 |
| **Total Expenses** | $420.14 |
| **Total Amount** | $17,017.64 |

**Notes:**
HBB-Bruce Bronson, Esq.
CO=Chanel Orgill, paralegal

Bronson Law Offices PC - Activity and Activity Report

Date Start: 4/6/2017 | Date End: 10/1/2017 | Clients: Bernard Beal | Users: | Cases: All | Activity Types:

| Date | Client | Case | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **04 Case Administration** | | | | | |
| **Chanel Orgill** | | | | | |
| 04/06/2017 | Bernard Beal | Chapter 11-Post Petition | Email to Debtor with filed Petition, schedules and affidavit,; requested availability for IDI | 0.40 | $48.00 |
| 04/06/2017 | Bernard Beal | Chapter 11-Post Petition | Fax To VanDeWater counsel for Salisbury bank regarding Filing | 0.30 | $36.00 |
| 04/06/2017 | Bernard Beal | Chapter 11-Post Petition | email to Jill Flinton re: scheduled time for idi- informed Ms. Flinton that the Debtor was available for the hearing on 4/19/2017 at 2:00 | 0.20 | $24.00 |
| 04/10/2017 | Bernard Beal | Chapter 11-Post Petition | Email and Phone call to Jill Flinton USTP regarding rescheduling IDI because of conflict | 0.30 | $36.00 |
| 04/10/2017 | Bernard Beal | Chapter 11-Post Petition | Email to Debtor regarding outstanding documents for IDI and rescheduling idi due to HBB conflict | 0.40 | $48.00 |
| | | Totals Amounts for User Chanel Orgill | | 1.60 | $192.00 |
| **H Bruce Bronson** | | | | | |
| 06/20/2017 | Bernard Beal | Chapter 11-Post Petition | Went to TD bank with Client re: changing bank account to the calendar month. | 1.00 | $375.00 |
| 07/26/2017 | Bernard Beal | Chapter 11-Post Petition | Talked to John Demaio, Esq. regarding representing debtor for appeal and followed up with Bernard Beal | 1.00 | $375.00 |
| 08/08/2017 | Bernard Beal | Chapter 11-Post Petition | Case Conference. Judge Morris ordered that tax returns be delivered by Friday, 8/11; and adjourned the case until 8/22 | 2.50 | $937.50 |
| 08/22/2017 | Bernard Beal | Chapter 11-Post Petition | Second Case Conference with Debtor | 1.00 | $375.00 |
| | | Totals Amounts for User H Bruce Bronson | | 5.50 | $2,062.50 |
| | | Totals Amounts for Activity Type 04 Case Administration | | 7.10 | $2,254.50 |
| **04.1 Case Administration-Loss Mitigation** | | | | | |
| **H Bruce Bronson** | | | | | |
| 08/10/2017 | Bernard Beal | Chapter 11-Post Petition | Reviewed loss mitigation Order and sent to attorneys | 0.20 | $75.00 |
| | | Totals Amounts for User H Bruce Bronson | | 0.20 | $75.00 |
| | | Totals Amounts for Activity Type 04.1 Case Administration-Loss Mitigation | | 0.20 | $75.00 |
| **04.6 Case Administration-Operating Reports** | | | | | |
| **Chanel Orgill** | | | | | |
| 06/20/2017 | Bernard Beal | Chapter 11-Post Petition | Drafted Operating Reports for Debtor based on supplied bank statements; emailed drafts to Debtor; made required changes; waiting for sign off on changes to file | 2.50 | $300.00 |
| 08/16/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared July Operating Report and emailed it to Debtor for signature | 1.10 | $132.00 |

| | | | Totals Amounts for Activity Type 04.6 Case Administration-Operating Reports | 3.60 | $432.00 |
|---|---|---|---|---|---|

## 04.7 Case Administration-Bar Date

**Chanel Orgill**

| | | | | | |
|---|---|---|---|---|---|
| 06/23/2017 | Bernard Beal | Chapter 11-Post Petition | Served Notice of Motion to Set POC Deadlines | 0.30 | $36.00 |
| | | | Totals Amounts for User Chanel Orgill | 0.30 | $36.00 |

**H Bruce Bronson**

| | | | | | |
|---|---|---|---|---|---|
| 06/23/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared motion to set bar date; uploaded motion. | 1.90 | $712.50 |
| 07/25/2017 | Bernard Beal | Chapter 11-Post Petition | Reviewed and Sent Bar Date Order with notice to Judge Morris for signature (on presentment) | 0.70 | $262.50 |
| 07/28/2017 | Bernard Beal | Chapter 11-Post Petition | Reviewed Final Order/Notice for Service | 0.30 | $112.50 |
| | | | Totals Amounts for User H Bruce Bronson | 2.90 | $1,087.50 |
| | | | Totals Amounts for Activity Type 04.7 Case Administration-Bar Date | 3.20 | $1,123.50 |

## 04.8 Case Administration-ICC

**H Bruce Bronson**

| | | | | | |
|---|---|---|---|---|---|
| 06/20/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared for and attended Initial Case Conference in Poughkeepsie. | 2.00 | $750.00 |
| | | | Totals Amounts for User H Bruce Bronson | 2.00 | $750.00 |
| | | | Totals Amounts for Activity Type 04.8 Case Administration-ICC | 2.00 | $750.00 |

## 07 Fee/Employment Applications

**H Bruce Bronson**

| | | | | | |
|---|---|---|---|---|---|
| 06/19/2017 | Bernard Beal | Chapter 11-Post Petition | Drafted retention application, notice of presentment, proposed order and affirmation. | 1.50 | $562.50 |
| 07/07/2017 | Bernard Beal | Chapter 11-Post Petition | Revised and uploaded order for retention | 0.40 | $150.00 |
| 07/31/2017 | Bernard Beal | Chapter 11-Post Petition | Drafted Affirmation for appellate counsel and forwarded same to appellate counsel | 1.70 | $637.50 |
| 08/02/2017 | Bernard Beal | Chapter 11-Post Petition | Final preparation of Application to employ special appellate counsel. Review of affirmation, resume and retainer | 1.00 | $375.00 |
| | | | Totals Amounts for User H Bruce Bronson | 4.60 | $1,725.00 |
| | | | Totals Amounts for Activity Type 07 Fee/Employment Applications | 4.60 | $1,725.00 |

## 10 Litigation

**H Bruce Bronson**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/2017 | Bernard Beal | Chapter 11-Post Petition | Reviewed newly filed AP. | 0.60 | $225.00 |
| 07/27/2017 | Bernard Beal | Chapter 11-Post Petition | Drafted Affirmation for John DiMaio; reviewed State Court case | 1.10 | $412.50 |
| 07/27/2017 | Bernard Beal | Chapter 11-Post Petition | Drafted motion for retention of appellate counsel including exhibits. | 1.90 | $712.50 |
| 08/11/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared answer to complaint of Jacob Alpert; sent draft to client for review. | 1.90 | $712.50 |

| Date | User | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/14/2017 | Bernard Beal | Chapter 11-Post Petition | Discussed with intermediaries to bid on UA claim in the AP; Drafted answers in accordance with the conversation | 0.75 | $281.25 |
| 09/03/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared, filed and served motion to lift stay for appeal | 2.50 | $937.50 |
| 09/06/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared for conversation and talked with Robert Adler re: scheduling order. | 0.70 | $262.50 |
| 09/15/2017 | Bernard Beal | Chapter 11-Post Petition | Worked on Scheduling Order with Robert Adler for AP | 0.50 | $187.50 |
| 09/15/2017 | Bernard Beal | Chapter 11-Post Petition | Drafting Reply to Objection to Moion to lift stay | 0.50 | $187.50 |
| 09/17/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared Reply to Alpert's motions objecting to appellate counsel and the lift stay motion; including research of similar cases | 4.00 | $1,500.00 |
| 09/18/2017 | Bernard Beal | Chapter 11-Post Petition | Prepared for hearing to be held at 12:00 on the 19th | 1.00 | $375.00 |
| 09/19/2017 | Bernard Beal | Chapter 11-Post Petition | Appeared at hearing for retention of appellate counsel and to lift the stay to proceed with appeal. | 1.75 | $656.25 |
| 09/27/2017 | Bernard Beal | Chapter 11-Post Petition | email to Debtor re rule 26 disclosure statement | 0.20 | $75.00 |
| 09/28/2017 | Bernard Beal | Chapter 11-Post Petition | sent court order lifting the stay to john demaio, appellate counsel | 0.10 | $37.50 |
| | | Totals Amounts for User H Bruce Bronson | | 17.50 | $6,562.50 |
| | | Totals Amounts for Activity Type 10 Litigation | | 17.50 | $6,562.50 |

## 11 Meetings of Creditors

**H Bruce Bronson**

| Date | User | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/2017 | Bernard Beal | Chapter 11-Post Petition | Traveled to Poughkeepsie for meeting....participated in 341 meeting with UST Alicia Leonard and Debtor. One creditor appeard and asked questions through his attorney. | 4.00 | $1,500.00 |
| | | Totals Amounts for User H Bruce Bronson | | 4.00 | $1,500.00 |
| | | Totals Amounts for Activity Type 11 Meetings of Creditors | | 4.00 | $1,500.00 |

## 12 Plan and Disclosure Statement

**H Bruce Bronson**

| Date | User | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2017 | Bernard Beal | Chapter 11-Post Petition | Drafted Disclosure Statement after reviewing proofs of claim and calculating payments. | 5.80 | $2,175.00 |
| | | Totals Amounts for User H Bruce Bronson | | 5.80 | $2,175.00 |
| | | Totals Amounts for Activity Type 12 Plan and Disclosure Statement | | 5.80 | $2,175.00 |
| | | Grand Total | | 48.00 | $16,597.50 |